# UNITED  STATES  DISTRICT  COURT
## SOUTHERN  DISTRICT  OF  OHIO
### WESTERN  DIVISION

———————————————————

Mary Sue Markey,
　　　　　Plaintiff

　　　vs　　　　　　　　　　　　　Case No. C-1-05-139
　　　　　　　　　　　　　　　　　(Watson, J.)
Saint Ursula Academy　　　　　　(Hogan, M.J.)
　　　　　Defendant

———————————————————

## ORDER

———————————————————


The undersigned hereby RECUSES himself from this case and TRANSFERS it to the docket of Magistrate Judge Timothy S. Black


SO ORDERED.



Date: __9/9/2005_____　　　　_s/Timothy S. Hogan_____
　　　　　　　　　　　　　　Timothy S. Hogan
　　　　　　　　　　　　　　United States Magistrate Judge




J:\SMITHLE\TSHORDER\Markey.recuse.wpd